JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROMMEL MANIQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; LONG TERM DISABILITY PLAN FOR EMPLOYEES OF BROWN AND RIDING INSURANCE SERVICES, INC.; and DOES 1 to 10, Inclusive,<br><br>Defendants. | Case No. CV 11-06068 DSF (JCGx)<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against the remaining Defendant. Each party is to bear their own costs and attorneys' fees.

DATED: 3/22/12

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE